Feb 14, 2002

United States District Court
Southern District of Texas
600 E. Harrison, #203
Brownsville, Texas 78520
C/O Michael N. Milby - Clerk

Reymundo Aguilar 879692
Rt 5 Box 1500
Angleton, Texas 77515
SSN 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

United States District Court
Southern District of Texas
RECEIVED
MAIL
FEB 19 2002
11:31 AM
Michael N. Milby, Clerk

RE: Civil action No. B-01-210

Sir,

I am writing in response to your summons on cause No. B-01-210 which I received today, Feb 14, 2002. Due to my incarceration, I am unable to present myself in the formentioned case and respectfully ask the court to defer my hearing to a date convenient to my release. As of now my release date is still undetermined, and you may contact me at the above address to make any future arrangements. I am ready to resolve this matter and am making myself available for any negotiations with the plantiff and or the court. Again, I regret my absence and will be looking to hear from you soon. Thank you for your time and consideration on my petition.

Sincerely,

Reymundo Aguilar