CAB-01-210

5

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by ? *Personal Service Hand Delivered* | Date *February 14, 2002 at 11:50 am* |
| NAME OF SERVER (PRINT) *Pam Black* | Title **PRIVATE PROCESS SERVER** |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served *Wayne Scott Unit - Trustee Camp, Rt 5 - Box 1500, Angleton, Brazoria Co., TX*

[ ] Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left. _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

United States District Court
Southern District of Texas
FILED
MAR 0 1 2002
Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| Travel | Services | Total $35.00 |
|---|---|---|

### DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on 2-14-02
Date               Signature of Server

Steve Manley Investigations
P. O. Box 2042
DeSoto, Texas 75123-2042
Address of Server