

CHAMBERS MINUTES

United States District Court
Southern District of Texas
FILED

APR 2 2 2002

Michael N. Milby
Clerk of Court

Felix Recio, United States Magistrate Judge
Southern District of Texas, Brownsville Division

Law Clerk:   Ryan A. Byrd

Date:        April 22, 2002

---

## C.A. NO. B01-210 (HGT)

---

| UNITED STATES OF AMERICA | * | J Michael Weston |
| vs | * | |
| REYMUNDO AGUILAR | * | Pro se |

---

### TELEPHONIC CONFERENCE

Telephonic conference held with Mr. Weston, attorney for Plaintiff, and Defendant Aguilar.

The Defendant advised the Court that he was willing to resolve the case.

The Plaintiff's counsel suggested that the Motion for Summary Judgment be granted, because among other reasons, it would be beneficial for the Defendant. Specifically, since on the post-judgment interest rates are much lower that the pre-judgment interest rates on student loans. The Defendant agreed.

Motion for Summary Judgment taken under advisement.