United States District Court
Southern District of Texas
ENTERED

JUL 17 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| Plaintiff, | § | |
| | § | 01- |
| v. | § | CIVIL ACTION NO. B-01̶2̶-210 |
| | § | |
| REYMUNDO AGUILAR | § | |
| Defendant. | § | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A. The Magistrate Judge's Report and Recommendation is hereby ADOPTED;

B. Plaintiff's Motion for Summary Judgment (Docket No. 6) is hereby GRANTED; and

C. Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

| 1. | Principal as of September 8, 1999: | $2,612.88 |
|---|---|---|
| 2. | Interest as of September 8, 1999: | $2,551.64 |
| 3. | Administrative fees, costs, penalties: | $0.00 |
| 4. | Balance due as of September 8, 1999: | $5,164.52 |
| 5. | Prejudgment Interest Rate Per Annum: | 8% |
| 6. | Daily Accrual: | $.57 |
| 7. | Total Pre-Judgment Interest: | $549.48 |
| 7. | Attorney's Fees: | $550.00 |
| 8. | TOTAL Balance Due (Including Attorney's Fees): | $6315.48 |
| 9. | Post-Judgment Interest equals  2.00 % per annum. | |

DONE in Brownsville, Texas this 16 day of July, 2002.

_____
Hilda Tagle
United States District Judge